[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 24, 2003
THOMAS K. KAHN
CLERK

_____

No. 01-16717

_____

D.C. Docket No. 01-08069-CV-DTKH

GIFT OF LEARNING FOUNDATION, INC.,
d.b.a. Kids Golf,

Plaintiff-Appellant,

versus

TGC, INC.,

Defendant-Appellee,

ADELPHIA CABLE COMMUNICATIONS,
AT&T CABLE, et. al.,

Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 24, 2003)**

Before TJOFLAT and BARKETT, Circuit Judges, and WEINER*, District Judge.

_____

*Honorable Charles R. Weiner, United States District Judge for the Eastern District of
Pennsylvania, sitting by designation.

PER CURIAM:

The judgment in this case is affirmed for the reasons stated in the district court's well-reasoned order issued on October 29, 2001, and attached hereto as an appendix.

AFFIRMED.